**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

December 10, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM
DEPUTY

| | |
|---|---|
| **ENDY REYNALDO MIRANDA ORDONEZ,** §<br>§ | |
| §<br>**Petitioner,** § | |
| § | |
| **v.** § | **NO. SA-25-CV-01654-OLG** |
| § | |
| **PAMELA JO BONDI, United States Attorney General, *et al.*,** §<br>§ | |
| § | |
| **Respondents.** § | |

### TRANSFER ORDER

Before the Court is Petitioner Endy Reynaldo Miranda Ordonez's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. (*See* Dkt. No. 1.) Petitioner (A-Number 221-372-519) is no longer being detained within the Western District of Texas; he is currently confined in the La Salle County Regional Detention Center.[1] As such, the proper respondent is the warden of that facility, *see Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004), which is located in the Laredo Division of the Southern District of Texas, 28 U.S.C. § 124(b)(3). Accordingly, the Court finds that this habeas proceeding should be transferred to the Southern District of Texas, where Petitioner is being detained, pursuant to 28 U.S.C. § 2241(d).

This action is hereby **TRANSFERRED** to the Southern District of Texas, Laredo Division, where the Clerk of the Court shall reassign this case to a district judge within that division.

It is so **ORDERED**.

**SIGNED** this _____ 10 day of December 2025.

_____
ORLANDO L. GARCIA
United States District Judge

---

[1]*See* Online Detainee Locator, U.S. Immigrations and Customs Enforcement, https://locator.ice.gov/odls/-/search (last visited December 10, 2025).